IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0010

IN THE MATTER OF

D.Y.H-J. and R.J.,

Youths in Need of Care.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant, Q.B.J., is granted an extension of time until April 27, 2023 to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 21 2023